JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **VIRGINIA MOOR (CDC #9576),** | **No. LA CV 17-04201-VBF-DFM** |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| D. ADAMS (Warden), | |
| Respondent. | |

**Final judgment is hereby entered in favor of the respondent warden and against petitioner Virginia Moor.** IT IS SO ADJUDGED.

Dated: November 16, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge